| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on July 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ALSOL CORPORATION,<br><br>Debtor. | Case No.:  13-12689 (VFP)<br><br>Chapter:  11<br><br>Hearing Date:  June 27, 2018<br><br>Judge:  Vincent F. Papalia |

**ORDER GRANTING FIRST AND SECOND INTERIM FEE APPLICATIONS
OF MERCADIEN, P.C., ACCOUNTANT TO
COURT-APPOINTED EXAMINER FRANK A. PINA
DOCKET NOS. 119 AND 135**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Case name: | In re Alsol Corporation |
| Case no.: | 13-12689 (VFP) (Chapter 11) |
| Caption of Order: | Order Granting First and Second Interim Fee Applications of Mercadien, P.C., Accountant to Court-appointed Examiner Frank A. Pina |

---

The Court having found that the person named below filed applications for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having considered the Objection filed by Debtor; and for good cause shown; and for the reasons set forth on the record on June 27, 2018; it is

**ORDERED** that compensation and expenses are allowed to Mercadien, P.C., Accountant to Court-appointed Examiner Frank A. Pina, as follows:

| | **Fees** | **Expenses** |
|---|---|---|
| First Interim Fee Application filed November 9, 2017 (Dkt. No. 119) | $9,778.40 | $118.96 |

Request for $10,001.90 was reduced by fees incurred for tax research:

| | | |
|---|---|---|
| Holland | 08/18/17 | $ 97.50 |
| Willinger | 08/30/17 | $126.00 |
| Total | | $223.50 |

| | **Fees** | **Expenses** |
|---|---|---|
| Second Interim Fee Application filed March 19, 2018 (Dkt. No. 135) | 11,634.40 | $ 2.00 |

Request for $11,766.90 was reduced by travel time reallocated at 50%:

| | | |
|---|---|---|
| LaCorte | 12/06/17 | $106.00 |
| LaCorte | 12/19/17 | $159.00 |
| Total | | $265.00 |
| 50% reduction | | $132.50 |